IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KEITH HAMMOND,<br><br>            Plaintiff,<br><br>vs.<br><br>WEATHERFORD U.S., L.P., and ANDREW E. NETZ,<br><br>            Defendants. | CV 20-66-BLG-SPW<br><br>ORDER |

     Plaintiff Keith Hammond moves for the admission of Ian Sandefer to practice before the Court in the above captioned matter with Mark D. Parker of Billings, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

     IT IS SO ORDERED that Plaintiff Keith Hammond's motion to admit Ian Sandefer to appear *pro hac vice* (Doc. 3) is GRANTED and he is authorized to appear as counsel with Mark D. Parker pursuant to L.R. 83.1(d) in the above captioned matter.

     DATED this 10th day of June, 2020.

                                                        SUSAN P. WATTERS
                                                        United States District Judge