IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

AUG 0 7 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| KEITH HAMMOND,<br><br>    Plaintiff,<br><br>vs.<br><br>WEATHERFORD U.S., L.P., and<br>ANDREW E. NETZ,<br><br>    Defendants. | CV 20-66-BLG-SPW<br><br>ORDER |

Defendants Weatherford U.S., L.P. and Andrew E. Netz move for the admission of Louis Williams to practice before the Court in the above captioned matter with T. Thomas Singer of Billings, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d), and Plaintiff does not object.

IT IS SO ORDERED that Defendants Weatherford U.S., L.P. and Andrew E. Netz's motion to admit Louis Williams to appear *pro hac vice* (Doc. 11) is GRANTED and he is authorized to appear as counsel with T. Thomas Singer pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this ___7th___ day of August, 2020.

            /s/ Susan P. Watters
            SUSAN P. WATTERS
            United States District Judge