UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KEITH HAMMOND,<br><br>              Plaintiff,<br><br>vs.<br><br>WEATHERFORD U.S., L.P., AND ANDREW E. NETZ,<br><br>              Defendant. | Case No. CV-20-66 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Judgment is entered in favor of Defendant Andrew Netz and is dismissed from this case as stated in Court's Order E.C.F. 37.

      Dated this 7th day of July, 2022.

                                        TYLER P. GILMAN, CLERK

                                        By: /s/ E.Hamnes
                                        E.Hamnes , Deputy Clerk