IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KEITH HAMMOND,<br><br>     Plaintiff,<br><br>vs.<br><br>WEATHERFORD U.S., L.P., and<br>ANDREW E. NETZ,<br><br>     Defendants. | CV 20-66-BLG-SPW<br><br>ORDER |

The Court having been notified of the settlement of this case (Doc. 52), and it appearing that no issue remains for the Court's determination,

**IT IS HEREBY ORDERED** that the parties shall file a stipulation to dismiss together with a proposed order dismissing the case by **Monday, November 28, 2022.**

**IT IS FURTHER ORDERED** that all deadlines are **VACATED** and any pending motions are **DENIED** as moot. The Final Pretrial Conference set for Wednesday, November 2, 2022 at 1:30 p.m. and the jury trial set for Monday, November 14, 2022 at 9:00 a.m. are **VACATED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 24th day of October, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge